UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUAN LOPEZ-HERNANDEZ,

    Petitioner,

  v.

DOUG WADDINGTON,

    Respondent.

Case No. C04-5621FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. Karen L Strombom United States Magistrate Judge, and the remaining record, and there being no objections to the Report and Recommendation, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The petition is **DISMISSED WITH PREJUDICE** for the reasons outlined in the Report and Recommendation.

(3) The clerk is directed to send copies of this Order to Petitioner, counsel for respondent and to the Hon. Karen L. Strombom.

DATED this 28th day of July 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1

ORDER - 2